UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David A. Ast   DA6948
AST & SCHMIDT, P.C.
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
973-984-1300   Fax 973-984-1478
david@astschmidtlaw.com
Attorneys for Debtor

**Order Filed on November 2,
2017 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

KENNETH L. RUGG,
                    Debtor.

Case No.:        17-29575 (SLM)

Chapter:              13

Judge:        Stacey L. Meisel

### ORDER AUTHORIZING RETENTION OF

David Salmon/KW Town Square Keller Williams

The relief set forth on the following page is **ORDERED**.

**DATED: November 2, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ David Salmon _____

as _____ Realtor _____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
      The professional's address is:    KW Town Square Keller Williams

      222 Mt. Airy Road

      Basking Ridge, NJ 07920

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
      application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

      ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
      13 case. Payment to the professional may only be made after satisfactory completion of
      services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*