UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David A. Ast   DA6948
AST & SCHMIDT, P.C.
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
david@astschmidtlaw.com
973-984-1300   Fax 973-984-1478
Attorneys for Debtor(s)

**Order Filed on November 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

KENNETH L. RUGG,

           Debtor.

Case No.:   17-29575-SLM

Chapter:   13

Judge:   Stacey L. Meisel

### ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 14, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of Kenneth L. Rugg, Debtor, for a reduction of time for a hearing on Motion to Authorize Sale of Real Estate, Confirm First and Second Mortgage Holders to Provide Itemized Statements of Redemption Amounts and Other Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __November 27, 2017__ at __2:30 PM__ in the United States Bankruptcy Court,

__MLK Federal Building, 50 Walnut St., Newark, NJ 07102__, Courtroom No. __3A__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

**Robertson Anschultz & Schneid, PL, counsel for US Bank; Stern, Lavinthal & Frankenberg LLC, counsel for Nationstar Mortgage; Milstead & Associates LLC, counsel for Bank of America; and KML Law Group, PC, counsel for JDRMDBP, SM & SF LLC**; JDRMDBP, SM & SF, LLC; all secured creditors; secured creditors' counsel (if known); Chapter13 Trustee; and any parties having filed a Notice of Appearance by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

All unsecured creditors or their counsel (if known)

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or
By 5:00 PM on November 15, 2017
☒ ~~within _____ day(s) of the date of this Order.~~

5. Notice by telephone:

☐ is not required

☒ must be provided to __Secured creditors, secured creditors' counsel, and Chapter 13 Trustee__

☐ on the same day as the date of this Order, or
By 5:00 PM on November 16, 2017
☒ ~~within _____ day(s) of the date of this Order.~~

**2**

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. ~~Any objections to said motion/application identified above:~~  **

        ☐ ~~must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or~~

        ☐ ~~may be presented orally at the hearing.~~

    8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

** Any objections to the motion/application identified above must be filed with the Court and served on all parties in interest by electronic or overnight mail by Monday, November 20, 2017.

Any reply must be filed with the Court and served on all parties in interest by electronic or overnight mail by Wednesday, November 22, 2017.

No further submissions will be accepted without leave of Court.

*Rev.2/1/16*