UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David A. Ast   DA6948
AST & SCHMIDT, P.C.
PO Box 1309
222 Ridgedale Avenue
Morristown, NJ 07962-1309
david@astschmidtlaw.com
973-984-1300   Fax 973-984-1478
Attorneys for  Debtor(s)

Order Filed on November 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

KENNETH L. RUGG,

　　　　　　Debtor.

Case No.:     17-29575-SLM

Chapter:      13

Judge:        Stacey L. Meisel

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 14, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of Kenneth L. Rugg, Debtor, for a reduction of time for a hearing on Motion to Authorize Sale of Real Estate, Confirm First and Second Mortgage Holders to Provide Itemized Statements of Redemption Amounts and Other Relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  November 27, 2017  at  2:30 PM  in the United States Bankruptcy Court,

MLK Federal Building, 50 Walnut St., Newark, NJ 07102 , Courtroom No.  3A .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

**Robertson Anschultz & Schneid, PL, counsel for US Bank; Stern, Lavinthal & Frankenberg LLC, counsel for Nationstar Mortgage; Milstead & Associates LLC, counsel for Bank of America; and KML Law Group, PC, counsel for JDRMDBP, SM & SF LLC**; JDRMDBP, SM & SF, LLC; all secured creditors; secured creditors' counsel (if known); Chapter13 Trustee; and any parties having filed a Notice of Appearance by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

All unsecured creditors or their counsel (if known)

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or
By 5:00 PM on November 15, 2017
☒ ~~within _____ day(s) of the date of this Order.~~

5. Notice by telephone:

☐ is not required

☒ must be provided to  Secured creditors, secured creditors' counsel, and Chapter 13 Trustee

☐ on the same day as the date of this Order, or
By 5:00 PM on November 16, 2017
☒ ~~within _____ day(s) of the date of this Order.~~

2

    6. A *Certification of Service* must be filed prior to the hearing date.

    7. ~~Any objections to said motion/application identified above:~~  **

        ☐ ~~must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or~~

        ☐ ~~may be presented orally at the hearing.~~

    8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

        ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

** Any objections to the motion/application identified above must be filed with the Court and served on all parties in interest by electronic or overnight mail by Monday, November 20, 2017.

Any reply must be filed with the Court and served on all parties in interest by electronic or overnight mail by Wednesday, November 22, 2017.

No further submissions will be accepted without leave of Court.

*Rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:
Kenneth L. Rugg
    Debtor

Case No. 17-29575-SLM
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2017
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db            +Kenneth L. Rugg,    15 Manker Drive,    Florham Park, NJ 07932-2309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
      Brian C. Nicholas    on behalf of Creditor    JDRMDBP, SM & SF LLC bnicholas@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      David A. Ast    on behalf of Debtor Kenneth L. Rugg david@astschmidtlaw.com,
       info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
       U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage
       Pass-Through Certificates, Series 2009-FT1 cmecf@sternlav.com
      Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 6