Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  17−29575−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth L. Rugg
   15 Manker Drive
   Florham Park, NJ 07932

Social Security No.:
   xxx−xx−3943

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/15/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 15, 2017
JAN: env

                                                                                                       Jeanne Naughton
                                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-29575-SLM
Kenneth L. Rugg                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 18, 2017
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 20, 2017.
db          +Kenneth L. Rugg,    15 Manker Drive,    Florham Park, NJ 07932-2309
r           +David Salmon,    KW Town Square Keller Williams,    222 Mt. Airy Road,
              Basking Ridge, NJ 07920-2335
cr          +Nationstar Mortgage LLC,    Robertson Anschutz & Schneid, P.L.,    6409 Congress Ave., Suite 100,
              Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr          +Nationstar Mortgage LLC as servicing agent for U.S,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
              105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
cr          +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
517088777   +Bank of America,    4909 Savarese Cir.,    Tampa, FL 33634-2413
517166904   +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517088778   +Bank of America, NA,    Attn:   Milstead & Associates,    1 East Stow Road,
              Marlton, NJ 08053-3118
517137371   +Brian Romanowsky,    64 Maple Ave.,    Morristown, NJ 07960-5273
517088782   +JDRMDBP, SM & SF LLC,    Attn: Jeremy Doppelt,    408 Main Street  Ste 502,
              Boonton, NJ 07005-3701
517088783   +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517088784   +US Bank National Assoc.,    Attn: Stern Lavinthal & Frankenberg,    105 Eisenhower Parkway,
              Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2017 21:57:39     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2017 21:57:38     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517088779   +EDI: CAPITALONE.COM Dec 18 2017 21:58:00      Capital One,    PO Box 30285,
              Salt Lake City, UT 84130-0285
517088780   +EDI: CHASE.COM Dec 18 2017 21:58:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517088781    EDI: DISCOVER.COM Dec 18 2017 21:58:00      Discover Financial Services,    PO Box 15316,
              Wilmington, DE 19850
517113426    EDI: DISCOVER.COM Dec 18 2017 21:58:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
517229275    EDI: PRA.COM Dec 18 2017 21:58:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
                                                                                                TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    JDRMDBP, SM & SF LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              David A. Ast    on behalf of Debtor Kenneth L. Rugg david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicing agent for
               U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage
               Pass-Through Certificates, Series 2009-FT1 cmecf@sternlav.com

```
District/off: 0312-2         User: admin              Page 2 of 2              Date Rcvd: Dec 18, 2017
                             Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper cmecf@sternlav.com
        Justin  Plean   on behalf of Creditor   Nationstar Mortgage LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Justin  Plean   on behalf of Creditor   Nationstar Mortgage LLC as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding 2009-FT1 Trust, Mortgage Pass-Through Certificates, Series 2009-FT1 bkyecf@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
        Laura M. Egerman   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                  TOTAL: 9